**Order entered December 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00585-CV

### IN THE INTEREST OF S.B.H., A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-13791**

## ORDER

Before the Court is appellee's December 23, 2014, unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellee to file his brief no later than February 8, 2015.

/s/      CRAIG STODDART
           JUSTICE